SHONTS, Respondent, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by Theodore P. Shonts against Edward R. Thomas, Orlando F. Thomas, and Edwin M. Post. No opinion. Order affirmed, with $10 costs and disbursements.

SIEFERD et al., Respondents, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Louis Sieferd and others against the New York & Harlem Railroad Company and others. A. S. Lyman, for appellants. L. M. Berkeley, for respondents. No opinion. Judgment affirmed, with costs.

SLEVIN, Respondent, v. SCHMITT, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Hugh Slevin against Joseph Schmitt. H. C. Beatty, for appellant. G. Fielder, for respondent. No opinion. Judgment affirmed, with costs.

SLOANE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by John A. Sloane against the Metropolitan Street Railway Company. B. H. Ames, for appellant. H. A. Powell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SLOCUM, Respondent, v. TOWN et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by William R. Slocum against Byron J. Town and another.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

KELLOGG, J., not sitting.

SLOSS IRON & STEEL CO., Appellant, v. JACKSON ARCHITECTURAL IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by the Sloss Iron & Steel Company against the Jackson Architectural Iron Works. No opinion. Motion to dismiss appeal granted, with $10 costs.

SMITH v. BLEIER et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Warren D. Smith against Sigmund H. Bleier and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SMITH v. BORDENS CONDENSED MILK CO. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Addie E. Smith against the Bordens Condensed Milk Company. No opinion. Motion denied, with $10 costs.

SMITH, Appellant, v. MARSH et al., Respondents. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by Grenville A. Smith against John E. Marsh and others. P. A. Hendrick, for appellant. J. C. Shaw, for respondents. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Morrell Smith against Edward Miller. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SMITH et al., Respondents, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by Mary Smith and others against Michael Ryan and others. No opinion. Motion denied, with $10 costs.

In re SMITH'S ESTATE. (Supreme Court, Appellate Division, First Department, February 9, 1906.) In the matter of John Smith, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

SNYDER, Appellant, v. MONROE ECKSTEIN BREWING CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by James Snyder against the Monroe Eckstein Brewing Company; Gustav Penet and others, defendants. No opinion. Motion denied.

STARKEY, Respondent, v. WEBSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by Caroline C. Starkey against Howard S. Webster and others. No opinion. Interlocutory judgment affirmed, with costs.

In re STEIN. (Supreme Court, Appellate Division, First Department. January 12, 1906.) In the matter of John C. Stein. No opinion. Respondent suspended for one year.

STEINDLER, Appellant, v. NEW YORK IMPORTATION CO., Respondent. (Supreme Court, Appellate Term. January 16, 1906.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Robert M. Steindler against the New York Importation Company. From a judgment granting insufficient relief, plaintiff appeals. Conditionally reversed. Page, Brant & Booth, for appellant. Rignal D. Woodward, for respondent.

SCOTT, P. J. We think that the discharge of plaintiff was justified upon the evidence; also that it was satisfactorily proven that the parties agreed, after the written contract was made, to so modify it that plaintiff should receive $75 a week in advance, instead of $300 a month, and that the parties acted upon this modification. Agreeing, as we do, with the justice up to this point, we find ourselves unable to understand how he arrived at the figure for which he rendered judgment. The plaintiff proved expenses paid out by him amounting to $19.25. The last payment of salary was on July 2d, when he was paid for the week ending July 9th. He was not effectually discharged until July 18th. There had become